■ CITY OF NEW YORK, Respondent, v JUDELSON REALTY CORP., Appellant, et al., Defendants.

No opinion. Concur—Milonas, J. P., Rosenberger, Ellerin, Ross and Rubin, JJ.